# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER THOMAS,
Petitioner,
vs.
E.K. MCDANIEL; AND JAMES
DZURENDA,
Respondents.

No. 70835

FILED

SEP 16 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a "writ of mandamus or in alternative show cause." Petitioner challenges the way the Nevada Department of Corrections is deducting his statutory good-time credits. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. A challenge to the computation of time served must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. NRS 34.724(2)(c); NRS 34.738(1).

Petitioner has recently raised the same issue in another petition for a writ of mandamus. *See Thomas v. McDaniel*, Docket No. 70301 (Order Denying Petition, June 16, 2016). Petitioner is cautioned that statutory credits may be forfeited if he files frivolous documents in a

16-28837

civil action. *See* NRS 209.451. Repeatedly raising the same issue constitutes frivolous action. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Christopher Thomas
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A